**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mark Luca, | Case No.: 2:24-cv-00068-APG-EJY |
| Petitioner | **Order Dismissing Case** |
| v. | |
| Clark County Detention Center, | |
| Respondent | |

On February 5, 2024, I entered an order giving petitioner 30 days to either file a fully completed application to proceed *in forma pauperis* or pay the $5.00 filing fee. ECF No. 3. That order was served on petitioner via U.S. Mail at his address of record. *See id*. The order was returned as undeliverable, with the notation "Return to Sender, Unable to Forward." *See* ECF No. 4. Petitioner has failed to file a notice of change of address, as required by the Local Rules, so the court will dismiss this action. LR IA 3-1. Reasonable jurists would not find this decision to be debatable or wrong, so the court will not issue a certificate of appealability.

I THEREFORE ORDER that this action is dismissed without prejudice for petitioner's failure to update address. The Clerk of the Court is directed to enter judgment accordingly and close this case.

I FURTHER ORDER that no certificate of appealability will issue.

DATED this 14th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE